UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELINA RAMIREZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:24-cv-00380-SAB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>ORDER DIRECTING CLERK OF THE COURT TO RANDOMLY ASSIGN A DISTRICT JUDGE<br><br>(ECF No. 11) |

　　Angelina Ramirez ("Plaintiff") filed this action seeking judicial review of the final decision of the Commissioner of Social Security ("Defendant") denying her application for disability benefits. (ECF No. 1.) On April 3, 2024, the scheduling order issued in this matter. (ECF No. 5.) Plaintiff filed her opening brief on July 2, 2024. (ECF No. 10.) Pursuant to the scheduling order, Defendant's response to Plaintiff's opening brief was to be filed within thirty days after the filing of Plaintiff's opening brief. (ECF No. 5 at 2.) Because more than thirty days passed and Defendant had not filed a response or extension of time to do so, the Court ordered that Defendant file either an opposition to Plaintiff's opening brief or a written response to show cause why Plaintiff's opening brief should not be deemed unopposed. (ECF No. 11.)

　　On August 12, 2024, Defendant filed a stipulation to voluntarily remand this action pursuant to sentence four of 42 U.S.C. § 405(g). (ECF No. 12.) The Court construes Defendant's filing as a responsive document to the Court's order to show cause and shall discharge the order.

1    As the Court noted in its order to show cause, Defendant has not filed a form consenting
2 to or declining magistrate judge jurisdiction.  (ECF No. 11.)  The Court shall therefore direct the
3 Clerk to assign a district judge for the purpose of remanding this action.  If the parties consent
4 prior to the remand by the district judge, this Court will act with all haste to remand the matter.
5 The parties are free to withhold consent without adverse consequences.

6    Accordingly, IT IS HEREBY ORDERED that the August 5, 2024 order to show cause
7 (ECF No. 11) is DISCHARGED.

8    IT IS FURTHER ORDERED that the Clerk of the Court is DIRECTED to randomly
9 assign this matter to a District Judge.

11 IT IS SO ORDERED.

12 Dated:   **August 12, 2024**
13                                                              UNITED STATES MAGISTRATE JUDGE