1

2

3

4

5

6

7

8              **UNITED STATES DISTRICT COURT**

9              **EASTERN DISTRICT OF CALIFORNIA**

10

11   ANGELINA RAMIREZ,                        ) Case No.: 1:24-cv-0380 JLT SAB
                                              )
12                      Plaintiff,            ) ORDER REMANDING THE MATTER
                                              ) PURSUANT TO SENTENCE FOUR OF 42 U.S.C.
13          v.                                ) § 405(g) AND TERMINATING PLANTIFF'S
                                              ) MOTION FOR SUMMARY JUDGMENT AS
14   MARTIN O'MALLEY,                         ) MOOT
     Commissioner of Social Security,         )
15                                            ) (Docs. 10, 12)
                                              )
16                      Defendant.            ) ORDER DIRECTING ENTRY OF JUDGMENT IN
                                              ) FAVOR OF PLAINTIFF ANGELINA RAMIREZ
17                                            ) AND AGAINST DEFENDANT MARTIN
                                              ) O'MALLEY, COMMISSIONER OF SOCIAL
18                                            ) SECURITY

19          Angelina Ramirez and Martin O'Malley, Commissioner of Social Security, stipulated to a

20   voluntary remand of Plaintiff's application for benefits for further administrative proceedings

21   pursuant to sentence four of 42 U.S.C. § 405(g).  (Doc. 12.)  Pursuant to the stipulation of the parties,

22   the administrative law judge shall "hold a new hearing and issue a new decision."  (*Id.* at 1.)  Based

23   upon the terms of the stipulation, the Court **ORDERS**:

24          1.      The matter is **REMANDED** for further administrative proceedings under sentence four

25                  of 42 U.S.C. § 405(g).

26          2.      Plaintiff's motion for summary judgment (Doc. 10) is terminated as **MOOT**.

27   ///

28   ///

                                              1

3.    The Clerk of Court is directed to enter judgment in favor of Plaintiff Angelina Ramirez and against Defendant Martin O'Malley, the Commissioner of Social Security.

IT IS SO ORDERED.

Dated:   **August 14, 2024**

UNITED STATES DISTRICT JUDGE