**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANGELINA RAMIREZ, ) | Case No.: 1:24-cv-0380 JLT SAB |
| Plaintiff, ) ) | ORDER AWARDING ATTORNEY'S FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |
| v. ) | |
| MARTIN O'MALLEY, ) Commissioner of Social Security, ) | (Doc. 17) |
| Defendant. ) | |

Angelina Ramirez and Martin O'Malley, the Commissioner of Social Security, stipulated that Plaintiff shall be awarded fees and expenses in the amount of $7,500.00 pursuant to the Equal Access to Justice Act. (Doc. 17 at 1.) Accordingly, the Court **ORDERS**: Subject to the terms of the parties' stipulation, Plaintiff is **AWARDED** fees and expenses in the amount of $7,500.00 under 28 U.S.C. § 2412(d).

IT IS SO ORDERED.

Dated:   **November 13, 2024**

_/s/ Jennifer L. Thurston_
UNITED STATES DISTRICT JUDGE

1